**FILED UNDER SEAL
PLAINTIFF'S EXHIBIT 1**

**1:01CV1112
JUDGE O'MALLEY**