PRE-TRIAL MINUTES
OF PROCEEDINGS

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN
## DISTRICT OF OHIO EASTERN DIVISION

Jane Doe,

vs.

United Consumer Financial,

DATE: April 23, 2002

MAGISTRATE JUDGE DAVID S. PERELMAN
(Judge Kathleen O'Malley)

CASE NUMBER: 1:01CV1112

Attorney for Plaintiff: Randi Barnabee

Attorney for Defendant: Lee Hutton

MATTERS CONSIDERED:

Mediation 6/28 at 10:00

FILED '02 APR 23 AM 3:40 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO

DATE: 4/23/02

MAGISTRATE JUDGE DAVID S. PERELMAN