# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SUSAN RENEE MYERS<br>(fka Jane M. Doe) | ) | CASE NO. 01CV1112 |
| | ) | |
| Plaintiff, | ) | JUDGE KATHLEEN M. O MALLEY |
| | ) | |
| -vs- | ) | |
| | ) | |
| UNITED CONSUMER<br>FINANCIAL SERVICES, et al., | )<br>) | **PLAINTIFF S MOTION**<br>**TO AMEND CAPTION** |
| | ) | |
| Defendant(s). | ) | |

NOW COMES Plaintiff SUSAN RENEE MYERS (fka Jane M. Doe), by and through counsel, and Moves this Court to Amend the Caption identifying the parties in the instant matter, to wit: henceforth identify Plaintiff by her legal name, SUSAN RENEE MYERS, and note her previous identification under a pseudonym by the subtitle (fka Jane M. Doe) .

Respectfully Submitted,

 /s/ Randi A. Barnabee
RANDI A. BARNABEE
Federal Practice Attorney
Attorney for Plaintiff Jane M. Doe
8536 Crow Drive, Suite GL-38
Macedonia, Ohio 44056
(330) 467-5000
(330) 467-5001

AND IT IS SO ORDERED

_____
MAGISTRATE JUDGE DAVID S. PERELMAN

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2002, a  a true and accurate of copy of the forgoing Motion to Amend Caption was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court s electronic filing system.


    /s/ Randi A. Barnabee
RANDI A. BARNABEE