6/28/02

UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN OHIO

| | |
|---|---|
| JANE M. DOE, | ) CASE NO.: 01 CV 1112 |
| Plaintiff, | ) JUDGE: KATHLEEN M. O MALLEY |
| v. | ) |
| | ) NOTICE OF DISMISSAL |
| UNITED CONSUMER FINANCIAL SERVICES, et al, | ) WITHOUT PREJUDICE |
| Defendants. | ) |

The Plaintiff, JANE M. DOE, by and through counsel, respectfully gives notice of the voluntary dismissal of her claims for Invasion of Privacy and Slander, found in her Complaint as Counts V and VIII, respectively.

/s/Randi A. Barnabee
RANDI A. BARNABEE
Federal Practice Attorney
8536 Crow Drive, Suite GL-38
Macedonia, Ohio 44056
(330) 467-5000
(330) 467-5001

CERTIFICATE OF SERVICE

I certify that, on June 28, 2002, a true and accurate of copy of the forgoing Notice of Dismissal Without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court s electronic filing system.

GRANTED: ✓

DENIED: _____

/s/ Randi A. Barnabee
RANDI A. BARNABEE

K. M. O'Malley
U. S. District Judge

26